DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

**27 MARCH 2003**

| | | | |
|---|---|---|---|
| No. 642P02<br><br>Case below:<br><br>154 N.C. App. 83 | Vares v. Vares | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA01-1411) | Denied |
| No. 118P03<br><br>Case below:<br><br>155 N.C. App. 709 | Walker v.<br>Lake River<br>Lawn &<br>Garden | Defs' PDR Under N.C.G.S. § 7A-31<br>(COA01-1525) | Denied |